# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| BENSON GITHIEYA,<br><br>　　　　Plaintiff,<br>　v.<br><br>GLOBAL TEL*LINK CORPORATION,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No.: 1:15-CV-00986-AT<br>)<br>)<br>)<br>)<br>) |

## CONSENT ORDER SETTING DEADLINES

Having reviewed the JOINT MOTION TO SET DEADLINES filed by the Parties,

IT IS HEREBY ORDERED that the Motion is hereby **GRANTED**. Global Tel*Link Corporation shall file its responsive pleadings to the Amended Complaint on or before July 10, 2015. The time for Plaintiff to file his motion for class certification is stayed until 21 days after this Court disposes of the anticipated motion to be filed by Defendant on or before July 10, 2015.[1]

This 6th day of July, 2015.

_____
Amy Totenberg
United States District Judge

---

1. Defendant's Motion to Compel Arbitration [Doc. 10] is **DENIED AS MOOT**. (*See* Doc. 15 at 1.)

CONSENTED TO:


*s/ James Radford*
James Radford
Georgia Bar No. 108007
james@decaturlegal.com
Regan Keebaugh
Georgia Bar No. 535500
regan@decaturlegal.com
Counsel for Plaintiff
**RADFORD & KEEBAUGH, LLC**
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030


*s/ Michael J. King*
Michael J. King
Georgia Bar No. 421160
kingm@gtlaw.com
Counsel for Defendant
**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, N.E.
Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Facsimile: (678) 553-2212

*TCO 361309337v1*