# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| BENSON GITHIEYA, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No.: |
| | : | 1:15-cv-00986-AT |
| vs. | : | |
| | : | |
| GLOBAL TEL*LINK CORPORATION, | : | CLASS ACTION |
| | : | |
| | : | |
| Defendant. | : | |

## **DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR A STAY, AND TO COMPEL ARBITRATION**

Defendant Global Tel*Link Corporation ("GTL") moves to dismiss Plaintiff Benson Githieya's Complaint, or in the alternative for a stay, and to compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq*.

WHEREFORE, GTL respectfully requests this Court dismiss Plaintiff's claims with prejudice, or in the alternative stay this case and compel arbitration of all claims raised in the Complaint, and grant GTL such additional relief as this Court deems just.

This 10th day of July, 2015.

GREENBERG TRAURIG, LLP

*/s/ Michael J. King*
Michael J. King
Ga. Bar. # 421160
KingM@gtlaw.com

*Attorneys for Defendant, Global Tel*Link Corporation*

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia 30305
Telephone:  (678) 553-2100
Fax:  (678) 553-2212

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2015, I electronically filed the foregoing DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR A STAY, AND TO COMPEL ARBITRATION with the Clerk of the Court using the CM/ECF system, which sent a notification of such filing (NEF) to the following:

James Radford
Regan Keebaugh
RADFORD & KEEBAUGH, LLC
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030

Andrew R. Lynch
ANDREW R. LYNCH, P.C.
150 E. Ponce De Leon Ave.
Suite 225
Decatur, Georgia 30030

/s/ Michael J. King
Counsel for Defendant
Global Tel*Link Corporation

**GREENBERG TRAURIG, LLP**
Terminus 200
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Fax: (678) 553-2212