IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENSON GITHIEYA, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:15-CV-986-AT |
| GLOBAL TEL LINK CORP., : | |
| : | |
| Defendant. : | |

## **ORDER**

This matter is before the Court on the parties' Joint Statement Regarding Discovery Issues [Doc. 83]. Upon review, the Court considers it necessary to hold an in-person hearing regarding the issues raised in the joint statement. The Court will contact the parties to schedule the hearing. Additionally, the Court **DIRECTS** the parties to file a copy of the transcript for each deposition referenced in the joint statement on the docket no later than December 22, 2017.

**IT IS SO ORDERED** this 15th day of December, 2017.

_____
**Amy Totenberg
United States District Judge**