Exhibit A

Relevant Excerpts of Plaintiffs' Interrogatories and
Defendant's Responses and Defendant's Deposition Testimony

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BENSON GITHIEYA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No.: 1:15-cv-00986-AT |
| | : | |
| GLOBAL TEL*LINK | : | |
| CORPORATION, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S RESPONSES TO**
**PLAINTIFF'S THIRD INTERROGATORIES**

Defendant Global Tel*Link Corporation ("**GTL**") submits its Responses to Plaintiff's Third Interrogatories.

**PRELIMINARY STATEMENT**

1.      GTL objects to the definitions of "You" and "Your" as overbroad, vague, ambiguous, confusing, and unduly burdensome. In responding to these Interrogatories, GTL will interpret Defendant, You, Your, and GTL as referring to Global Tel*Link Corporation, the only named defendant in this case.

2.      GTL objects to the definition of "Account" as grossly overbroad, vague, ambiguous, confusing, and unduly burdensome. GTL offers a multitude of customer "accounts" in connection with its provision of inmate calling services ("**ICS**") which are not the subject matter of this action: prepaid accounts that were opened and funded through GTL's IVR system and which subsequently had their balance reduced to $0.00 after account inactivity of 180 days or less are the only accounts at issue in this case. Therefore, in responding to these Interrogatories, GTL will interpret "Account" as referring to a prepaid AdvancePay account, the only prepaid account that can be opened and funded through GTL's IVR system.

system has been used by the company since 2006. Information from the POETS system can be generated in CSV or Excel format based upon certain inquiries.

In addition, the answer to this Interrogatory may also be determined by examining and summarizing documents that have been previously produced in this case, including, but not limited to: Bates numbers GTL_Githieya_0000852-1076; GTL_Githieya_0030530-30782.

**INTERROGATORY NO. 20:**  Please identify each date on which GTL made any change, modification, alteration, or amendment of any kind to

a.   the statements made on any "help" or "frequently asked questions" portion of any website relating in any way to AdvancePay Accounts or other prepaid accounts;

b.   the terms and conditions (or any similar document) relating to AdvancePay Accounts or other prepaid accounts;

c.   call scripts for any IVR system relating in any way to AdvancePay Accounts or other prepaid accounts.

**RESPONSE:**  GTL objects to this Interrogatory's applicable time period, identified in Plaintiff's Instructions and Definitions, Section K "January 1, 2008, through the date of production," as overly broad, unduly burdensome, and disproportionate to the needs of this case, because it exceeds the longest statute of limitations applicable to any of Plaintiff's claims. Subject to and without waiving any of its objections, GTL responds to this Request as follows:

GTL incorporates its objections and response to Interrogatory No. 10. Additionally, the answer to this Interrogatory may be determined by examining and summarizing the documents that GTL has produced, or will produce, in response to Plaintiff's RFP Nos. 10, 18, 30-31, and 33-34, and the burden of ascertaining an answer will be substantially the same for either party. Documents that have been previously produced and which may be responsive to this

Interrogatory including, but not limited to, Bates numbers: GTL_Githieya_0000661-662;

GTL_Githieya_0018856; GTL_Githieya_0000764-773; GTL_Githieya_00000179;

GTL_Githieya_0018792-14893; GTL_Githieya_0019011-19016; GTL_Githieya_0018847-

18848;  GTL_Githieya_0021214-21220; GTL_Githieya_0022880-22894;

GTL_Githieya_0027646-27913.

Dated:  November 2, 2017                              **GREENBERG TRAURIG, LLP**


                                                     */s/ Michael R. Sklaire*
                                                     Michael R. Sklaire
                                                     Pro Hac Vice
                                                     1750 Tysons Boulevard, Suite 1000
                                                     McLean, Virginia 22102
                                                     Tel: (703) 749-1308
                                                     Fax: (703) 714-8308
                                                     Email: sklairem@gtlaw.com

                                                     Michael J. King
                                                     Ga. Bar. No. 421160
                                                     Greenberg Traurig, LLP
                                                     Terminus 200
                                                     3333 Piedmont Road NE, Suite 2500
                                                     Atlanta, GA 30305
                                                     Tel: 678-553-2100
                                                     Fax: 678-553-221
                                                     Email: kingm@gtlaw.com

                                                     ***Counsel for Defendant Global Tel*Link
                                                     Corporation***

```
 1            IN THE UNITED STATES DISTRICT COURT

 2    NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

 3                    - - - - -

 4
      BENSON GITHIEYA,                )
 5                                    )
      Plaintiff,                      )  Civil Action File No:
 6                                    )  1:15-CV-0096-AT
      vs.                             )
 7                                    )
      GLOBAL TEL*LINK CORPORATION,)
 8                                    )
      Defendant.                      )
 9

10                    - - - - -

11            DEPOSITION OF JOHN BAKER

12      Thursday, September 14, 2017, 9:34 a.m.

13

14            Greenberg Traurig

15      1750 Tysons Boulevard, Suite 1000

16            McLean, Virginia

17

18

19

20

21

22
```

Githieya vs Global Tel Link Corp.        30(b)(6) John Baker        09/14/2017

```
 1              P R O C E E D I N G S

 2              THE VIDEOGRAPHER:  Here begins volume one,

 3   number one in the deposition of John Baker, a 30(b)(6)

 4   Global Tel*Link corporate witness in the matter of Benson

 5   Githieya versus Global Tel*Link Corporation in the United

 6   States District Court, Northern District of Georgia,

 7   Atlanta Division, case No. 1:15-cv-00986-AT.

 8              Today's date is September 14, 2017.  The

 9   time on the video monitor is 9:34.  The court reporter

10   today is Marjorie Peters.  The videographer is James

11   McGrath.

12              Will counsel and all those please identify

13   themselves and state whom you represent, beginning with

14   the party noticing this proceeding.

15              MR. CAPLAN:  This is Mike Caplan of Caplan

16   Cobb.  I represent the plaintiff, Benson Githieya.

17              MR. WADDELL:  This is Brandon Waddell.  I

18   also represent the plaintiff, Benson Githieya.

19              MR. CAPLAN:  Anyone on the conference line,

20   please announce yourself.

21              MS. BROWN:  (Via telephone)  My name is

22   Ashley Brown.  I'm also with Caplan Cobb, and I represent
```

Githieya vs Global Tel Link Corp.　　　30(b)(6) John Baker　　　09/14/2017

1　or arrangement with not only AdvancePay and its terms of

2　use, but TouchPay for use of the terminal.

3　　　Q.　　Okay.　But that agreement with TouchPay would

4　concern use of the TouchPay terminal?

5　　　A.　　That's it, not the account itself.

6　　　Q.　　And in any GTL's IVR script relating to

7　AdvancePay accounts, does GTL ever identify itself as

8　TouchPay Holdings?

9　　　A.　　In any -- not in any AdvancePay script that's

10　related to AdvancePay.　IVR script related to AdvancePay.

11　　　Q.　　While we're on the subject of IVR scripts --

12　well, I'm going to hand you what's really two exhibits to

13　make sure that we just covered the right ones.

14　(Plaintiff's Exhibit 13, master prompt list, AdvancePay

15　IVR, was marked for identification.)

16　(Plaintiff's Exhibit 14, master script, AdvancePay IVR,

17　was marked for identification.)

18　　　Q.　　Can you please identify Exhibit 13?

19　　　A.　　Yes.　It's the master prompt list for the

20　AdvancePay IVR.

21　　　Q.　　Can you identify Exhibit 14?

22　　　A.　　This is also a master script for the

1  AdvancePay IVR.

2      Q.     All right.  And I'll represent to you that

3  Exhibit 13 was produced to us as GTL Githieya 1.  I do

4  not believe we had -- well, we were later produced a copy

5  of Exhibit 14, because it was Exhibit 47 to your prior

6  deposition in the James case; okay?

7      A.     Mm-hmm.  Okay.

8      Q.     And I believe you testified in the James case

9  that Exhibit 14 essentially is the IVR script for anyone

10 who calls GTL to using the IVR system to set up or make

11 deposits for an AdvancePay account; correct?

12     A.     Correct.

13     Q.     And I think that Exhibit 13 may be a very

14 slight revision of that, or at least maybe there's just

15 some -- I think red markings, but it's in all material

16 respects the same.

17            But without taking my word for it, are you

18 aware of any changes that have been made to the IVR

19 nationwide script since your deposition in February of

20 2016 in the James case?

21     A.     Other than the deposit minimum which has

22 changed as a result of the FCC order.  And candidly,

Githieya vs Global Tel Link Corp.          30(b)(6) John Baker          09/14/2017

```
 1   there may have been some other language changes

 2   associated with that, but I'm not aware of any really

 3   substantial changes to the script.

 4       Q.     Any changes that you would deem material to

 5   our discussion today?

 6       A.     Correct.

 7              MR. SKLAIRE:  As it relates to inactivity.

 8       Q.     As it relates to inactivity or refunds.

 9              MR. SKLAIRE:  Right.

10       A.     Correct.

11       Q.     All right.  So, let's -- I'm going to go

12   through Exhibit 13 since that's the script that was

13   produced in this case, and as I understand, the most

14   recent script.

15              I want to just make sure I understand what

16   occurs for -- when you dial the IVR system.

17              So, first of all, am I correct that this is a

18   complete listing of all of the voice recordings that an

19   account pay customer could hear when dialling GTL's

20   automated number?

21              MR. SKLAIRE:  Objection to form,

22   foundation.
```

Githieya vs Global Tel Link Corp.          30(b)(6) John Baker                    09/14/2017

1      A.      What's on the list is just the preamble about

2    any transactions falling under the terms of use available

3    on ConnectNetwork.com.  I don't see that in here.

4      Q.      So -- well, nor do I, but what I'd like to

5    know, though, is in your deposition of -- in February of

6    2016, you testified -- correct me if I'm wrong -- that

7    Exhibit 14, which was GTL 47 in that deposition, was a

8    comprehensive list of the recordings that one would hear

9    in the IVR system when calling to, you know, make a

10   deposit, check on the status of an account, re-up; is

11   that true?

12     A.      That's true.

13     Q.      Okay.  And so, let's go through how these

14   work.

15             So, am I correct that for each of these bolded

16   words that begin ADVPAY and end in .wav, those are

17   electronic wave files that are pre-recordings?

18     A.      Yes.  That's correct.

19     Q.      Okay.  So, you -- you start with a thousand,

20   when GTL answers the phone, the recording says:  We see

21   that you are calling from blank, and that's filled in

22   based upon whatever call data is received from the number

Githieya vs Global Tel Link Corp.          30(b)(6) John Baker                    09/14/2017

```
 1    that the customer has called in on; right?

 2         A.     Correct.

 3         Q.     Okay.  And then am I correct that the next

 4    recording they would hear is 1001?

 5         A.     Correct.

 6         Q.     Okay.  And if they press 1, let's say they're

 7    calling the number that they have an AdvancePay account

 8    with, and then they're routed to 1004, correct, because

 9    you've established an AdvancePay account, and the

10    AdvancePay system provides the menu; right?

11         A.     Correct.

12         Q.     Okay.  In the AdvancePay system, if the

13    customer has previously established an AdvancePay account

14    that has later, though, been rendered inactive, would

15    they be routed to 1004 at that time?

16         A.     So, you're saying that they call in from the

17    number that previously had an active AdvancePay account

18    but that number is no longer an active AdvancePay

19    account.  So, it would treat them as though they were a

20    new account.

21         Q.     I see.  But they would still -- and they would

22    still get that menu; right?
```

Githieya vs Global Tel Link Corp.          30(b)(6) John Baker          09/14/2017

```
 1      A.      Correct.

 2      Q.      Okay.  So, but the customer wouldn't know yet

 3   whether they had an active or an inactive account;

 4   correct?

 5              MR. SKLAIRE:  Objection.  Foundation.

 6      A.      At the time they hear AdvancePay 1004?

 7      Q.      Yes.

 8      A.      Is that what you're saying?

 9              THE PHONE:  James Bradford.

10      A.      They may or may not know.

11      Q.      Okay.  So...

12      A.      They wouldn't know from the prompt, if that's

13   your question.

14      Q.      Yes.  Thank you.

15              Okay.  So, that menu allows the customer to

16   create a new pre-paid account or make a credit card

17   deposit on your AdvancePay account, press one; right?

18      A.      Right.

19      Q.      To hear you account balance, press two; right?

20      A.      Correct.

21      Q.      Okay.  If they press two, and they had an

22   AdvancePay account that was subject to the inactivity
```

Githieya vs Global Tel Link Corp.          30(b)(6) John Baker          09/14/2017

```
1    policy, what would occur?
2         A.    They should hear 1000 -- 1005, which is that
3    there's no AdvancePay account for that phone number.
4         Q.    Okay.  And they would say, sorry, there's no
5    AdvancePay account for this telephone number.  Please
6    check the number and try again.
7         A.    Correct.
8         Q.    Okay.  In what instances would a customer hear
9    ADV pay 1006.
10        A.    If they do not have enough money in the
11   account to complete at least the one-minute call.
12        Q.    So, they have to have some balance presumably,
13   but it's less than some amount of money.
14        A.    Right.
15        Q.    Okay.  I'm going to turn your attention to
16   1032.  This is ADVPAY underscore 1032ENG.
17              Tell me if I'm incorrect, but I believe this
18   is what a customer hears once they complete a credit card
19   transaction; is that right?
20        A.    That's correct.
21        Q.    GTL explains that some amount of money,
22   whatever amount of money they deposited, will be charged
```

Githieya vs Global Tel Link Corp.          30(b)(6) John Baker                    09/14/2017

```
 1    to your credit card and appear as GTL inmate TELSEC;

 2    right?

 3         A.     Correct.

 4         Q.     And then GTL goes on to try to pitch a new

 5    product; right?

 6         A.     Yes.  This is a script that existed up until

 7    end of 2012.  That insert right there.

 8         Q.     Okay.

 9         A.     So, but, yes, at the time that's what its

10    purpose was.

11         Q.     So, is that no longer occurring today?

12         A.     It's no longer occurring today.

13         Q.     So, how long was it in existence before 2012?

14         A.     About a year.

15         Q.     Okay.  In that statement, GTL says, quote,

16    "Our card has no monthly maintenance fees, no overdraft

17    fees and no credit checks.  Just get your money whenever,

18    and whenever you need it," period.

19              Do you see that?

20         A.     I do.

21         Q.     That statement is made in an effort to

22    persuade a customer to sign up for this debit card;
```

1   right?

2         A.      Correct.

3         Q.      Just so that -- I want to make sure I'm not

4   missing anything.  In connection with setting up an

5   AdvancePay account from 2009 to -- to present, are there

6   any other call scripts that GTL implemented in connection

7   with its IVR system, other than the call scripts

8   reflected in Exhibit 13?

9         A.      Yes.  We implemented a single-call payment

10  option.  So, instead of setting up a prepaid account, we

11  gave people the option to pay for a single call.  So,

12  that is an option that is in the current version of the

13  IVR script.

14              This is -- let me just say that the IVR script

15  here applies to somebody who calls in on their own to

16  create or reload an account.  They hear essentially the

17  same script, with the option of a single-call payment.

18  If they should be getting a call from an inmate, the

19  system recognizes they do not have an active funded

20  account, and so, they hear a message that says, you need

21  to either set up and fund an account or you can pay for a

22  single call.

```
 1              So, it's essentially the same script, if they

 2     choose to set up an account; but in that instance, if an

 3     inmate has attempted to call them, they also get the

 4     option to just pay for that one call.

 5        Q.     I see.

 6        A.     So...

 7        Q.     But that would have to do with paying for the

 8     single call, but leaving no balance --

 9        A.     Correct.

10        Q.     -- after the call; right?

11        A.     That's right.

12        Q.     And there would be no inactivity or refund.

13        A.     Correct, exactly, which is another reason we

14     offer it.

15        Q.     So with respect to setting up any prepaid

16     AdvancePay account, where there would be a balance in

17     place for one or more calls, the script provided in

18     Exhibit 13 is the script that GTL used during the

19     relevant time period of this case; correct?

20        A.     Yes.  Correct.

21        Q.     That's true nationwide; correct?

22        A.     Correct.
```

```
 1       Q.      After a GTL AdvancePay customer sets up an

 2   account, does GTL provide any monthly statements to the

 3   AdvancePay customer?

 4       A.      Online.  If you set up an online account

 5   through the website, you would have a monthly statement

 6   available to you.  If people want to pay to have a

 7   statement sent to them, there is a fee to do that, and we

 8   will send them a monthly statement.

 9               But as a general rule for most customers, they

10   can get the account balance information through the IVR,

11   and that's what they choose to do.

12       Q.      So, only if the customer basically makes an

13   election through the website or pays for a written

14   statement does GTL provide any form of written statement

15   to an AdvancePay customer; correct?

16       A.      That's correct.

17       Q.      Going back to the issue of how AdvancePay

18   accounts are associated with the particular state or

19   institution, I just want to ask a couple more questions

20   about that.  GTL does not consider the area code of the

21   customer's telephone number associated with the

22   AdvancePay account in assigning that particular
```



Case 1:15-cv-00986-AT   Document 441-1   Filed 06/14/19   Page 18 of 21
Case 1:15-cv-00986-AT   Document 341 SEALED   Filed 06/14/19   Page 01 of 471
30(b)(6) Margaret Phillips                    December 6, 2017
Githieya vs. Global Tel*Link

Page 1

1          IN THE UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF GEORGIA

2                 ATLANTA DIVISION

3

4

5

6

7   BENSON GITHIEYA, KATE BOCCIA,

    DARLENE BYERS, and NELLIE

8   LOCKETT,

9             Plaintiffs,

10  VS                          CIVIL ACTION NO.

                                1:15-CV-00986-AT

11  GLOBAL TEL*LINK CORP.,

12            Defendant.

13

14

15

16

17

18

19  The 30(b)(6) videotaped testimony of MARGARET PHILLIPS,

20  taken at the offices of Freedom Court Reporting,

21  260 North Joachim Street, Mobile, Alabama, on the

22  6th day of December, 2017, commencing at

23  approximately 9:00 a.m.

24

25

Case 1:15-cv-00986-AT Document 341-1 Filed 06/14/19 Page 19 of 21
Case 1:15-cv-00986-AT Document 341-1 Filed 06/14/19 Page 19 of 471
30(b)(6) Margaret Phillips                December 6, 2017
Githieya vs. Global Tel*Link

```
                                            Page 5

 1              VIDEOGRAPHER:  We're on the

 2         record, and the time is approximately

 3         9:00 o'clock a.m.  This is the

 4         beginning of disc one for the video

 5         deposition of Margaret Phillips.  Will

 6         Counsel, please, identify yourself and

 7         state whom you represent.

 8              MR. CAPLAN:  This is Mike Caplan.

 9         I represent the plaintiffs in this

10         case.

11              MR. SKLAIRE:  Mike Sklaire, on

12         behalf of Defendant, Global Tel*Link

13         Corp.

14              VIDEOGRAPHER:  Will the court

15         reporter, please, swear in the

16         witness.

17                   MARGARET PHILLIPS,

18           the witness, having been duly sworn

19         to tell the truth, the whole truth, and

20         nothing but the truth, was examined and

21         testified as follows:

22                     EXAMINATION

23    BY MR. CAPLAN:

24    Q.    Good morning, Ms. Phillips.

25    A.    Good morning.
```

Case 1:15-cv-00986-AT   Document 141-1   Filed 06/14/18   Page 20 of 21
Case 1:15-cv-00986-AT   Document 97   *SEALED*   Filed 12/19/17   Page 78 of 471
30(b)(6) Margaret Phillips                          December 6, 2017
Githieya vs. Global Tel*Link

Page 78

1    A.    I'm sure it was probably most of the senior

2    vice-presidents.

3    Q.    And who else other than Steve Yow was a

4    senior vice-president?

5    A.    Oh, gosh.  Okay.  At that time it would

6    have been Teresa Ridgeway.  Lauren -- no, Lauren

7    came after that.  David Silverman was there.

8    Garth Johnson was there.  Gary Cato was there.

9    Q.    What about Chris Tarbert?

10   A.    He was not senior VP at the time.  He

11   was -- at that time he was director of marketing,

12   I think.

13   Q.    Did you have any involvement in the

14   creation or maintenance of the IVR system?

15   A.    When I was over the call center, yes.

16   Q.    And when was that?

17   A.    2006 to about 2000 -- early part of 2011.

18   Q.    And do you recall any substantive changes

19   to the IVR script during that time?

20   A.    Substantive changes in what way?

21   Q.    I mean, did the -- do you recall anything

22   significant changing about the IVR script that

23   was used to communicate with customers about

24   setting up an AdvancePay account during the time

25   you oversaw the call center?

30(b)(6) Margaret Phillips                                December 6, 2017
Githieya vs. Global Tel*Link

                                                              Page 79

1   A.     No.  I don't remember any --

2   Q.     We've got testimony from Mr. Baker some

3   time ago, and he -- he confirmed that essentially

4   one script has been used for --

5   A.     Ever.

6   Q.     Forever, correct?

7   A.     Yes.

8   Q.     And that script didn't change when GTL

9   implemented the breakage policy in 2008, correct?

10  A.     Correct.

11  Q.     I want to ask you about POETS for a moment.

12  A.     Okay.

13  Q.     Well, before we get to POETS, let me go

14  back to QAD, Q-A-D.

15  A.     Okay.

16  Q.     Does QAD keep revenue information based

17  upon -- well, let me strike that.  I'm going to

18  go back to QAD later, okay?

19  A.     Okay.

20  Q.     Let me ask you about POETS.  Can you tell

21  me a little bit more about that and how it -- if

22  any -- if at all relates to the issues that we've

23  been talking about today, which include opening

24  of an AdvancePay account or breakage or refunds?

25  A.     POETS itself is not related to any