UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BENSON GITHIEYA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL TEL LINK CORP., <br><br> Defendant. | CIVIL ACTION NO: <br> 1:15-CV-00986-AT |

**PLAINTIFFS' NOTICE OF FILING AND STATUS UPDATE REGARDING MOTION TO INTERVENE AND CONDITIONAL OBJECTION IN *JAMES***

Plaintiffs respectfully file this Status Update regarding *James v. Global Tel Link*, D.N.J. Case No. 13-cv-04989-WJM-MF, pending before the United District Court for the District of New Jersey ("*James*"), and Notice of Filing of certain documents Plaintiffs and GTL have filed in *James*. Following the August 7, 2020 telephonic hearing in this action, Plaintiffs moved to intervene or serve as amici in the *James* action for the purpose of raising a conditional objection to the proposed class settlement. The objection is conditioned on whether the release in the proposed settlement agreement is construed to impact the claims of a subset of *Githieya* class members who are also members of the *James* class.

Plaintiffs' motion to intervene or serve as *amicus curiae*, conditional objection, and exhibits are attached as Exhibits A (motion) and B (conditional objection and exhibits thereto). GTL's response in opposition to Plaintiffs' motion is attached as Exhibit C, and the *James* Plaintiffs' response is attached as Exhibit D. Plaintiffs' reply in support of their motion is attached as Exhibit E.

Plaintiffs provide these filings from *James* to keep the Court apprised of occurrences in that case that may be relevant in this one. In particular, Plaintiffs believe the Court should be aware of the following positions taken by GTL:

- First, GTL argued that Plaintiffs lacked standing to intervene or object in *James* "because no class has been certified in *Githieya*, [so] counsel to the *Githieya* plaintiffs have no authority to speak for absent class members who might also be members of the class in *James*." Ex. C at 7[1]; *see also id.* at 11, 15, 19; *see also* Ex. D at 5, 9-10, 13.

- Second, GTL argued the proposed settlement in *James* will impact the claims of some members of the putative class in this case. Just two months ago, GTL responded to this Court's question about whether the settlement in *James* would release any claims at issue in this case by asserting it "can't take a position" because "[t]he settlement in *James* hasn't been approved." *See* Ex. B-7 (transcript of this Court's August 7, 2020 telephonic hearing) at 22:18-23:25. But in response to Plaintiffs' motion to intervene, GTL told the *James* Court that the settlement agreement "would clearly have a preclusive effect on *Githieya*"—even though the settlement

---

[1] To address the concern the Court raised during the last hearing in this matter, *see* Ex. B-7 at 6:8-12, Plaintiffs have removed the ECF stamp applied when these documents were filed in the *James* action to avoid indecipherable double stamping. Plaintiffs cite to the page numbers assigned by this Court's CM/ECF system rather than any internal pagination, except with respect to the transcript of this Court's August 7, 2020 telephonic hearing.

    still has not been approved. Ex. C at 23. Plaintiffs disagree but believe it important to bring this change in GTL's position to the Court's attention.

- Finally, this Court told GTL two months ago that it "will be granting sanctions and serious sanctions" against GTL. Ex. B-7 at 8:19-20. But, in opposing Plaintiffs' request to intervene, GTL told the Court in *James* that "[n]o sanctions have been imposed" on it by this Court. Ex C. at 11 n.2.

The final fairness hearing for the proposed class settlement in *James* is currently scheduled for October 15, 2020.

[signature on following page]

2

Respectfully submitted this 6th day of October, 2020.

<u>/s/ Michael A. Caplan</u>
Michael A. Caplan
James W. Cobb
T. Brandon Waddell
Sarah Brewerton-Palmer
Ashley C. Brown
**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
(404) 596-5600 – Office
(404) 596-5604 – Facsimile
mcaplan@caplancobb.com
jcobb@caplancobb.com
bwaddell@caplancobb.com
spalmer@caplancobb.com
abrown@caplancobb.com

James Radford
Georgia Bar No. 108007
**RADFORD & KEEBAUGH, LLC**
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
(678) 271-0300
james@decaturlegal.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system which will serve a true and correct copy of the same upon all counsel of record.

This 6th day of October, 2020.

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039

**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

*Counsel for Plaintiffs and the Proposed Class*