# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BENSON GITHIEYA, et. al., ) | |
| ) | CASE NO.: 1:15-cv-986-AT |
| Plaintiffs, ) | |
| vs. ) | |
| ) | |
| GLOBAL TEL*LINK CORP, ) | |
| ) | |
| Defendant. ) | |

## NOTICE FOR PETITION FOR LEAVE OF ABSENCE

COMES NOW, Josh Belinfante, counsel for Defendant, who pursuant to Local Rule 83.1 of the Northern District of Georgia respectfully notifies the Judge, the Clerk of Court, and all counsel of record in this civil action of his request for a leave of absence from the practice of law on the following dates:

**1.  January 13-18, 2021.** The purpose of this leave is for a family vacation.

All affected Judges and Opposing Counsel shall have ten (10) days from the date of this Notice of Leave of Absence to Object. If no objections are filed, the leave shall be granted.

This 22nd day of October, 2020.

                */s/ Josh Belinfante*
                Josh Belinfante
                Georgia Bar No. 047399
                Jeremy U. Littlefield
                Georgia Bar No. 141539
                Rachel Gage
                Georgia Bar No. 547982
                Robbins Ross Alloy Belinfante Littlefield LLC
                500 14th Street, NW
                Atlanta, Georgia 30318
                Telephone:  (678) 701-9381
                Facsimile:   (404) 856-3250

                *Attorneys for Defendant Global Tel\*Link Corp.*

## L.R. 7.1(D) CERTIFICATION

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

>*/s/ Josh Belinfante*
>Josh Belinfante

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE FOR PETITION FOR LEAVE OF ABSENCE** with the Clerk of Court using the CM/ECF system, which will automatically send counsel of record e-mail notification of such filing.

This 22nd day of October, 2020.

*/s/ Josh Belinfante*
Josh Belinfante