# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BENSON GITHIEYA, *et al.*, | |
| Plaintiffs, | |
| v. | CIVIL ACTION NO: 1:15-CV-00986-AT |
| GLOBAL TEL LINK CORP., | |
| Defendant. | |

## NOTICE OF SATISFACTION

Plaintiffs hereby file this Notice of Satisfaction showing the Court that Defendant Global Tel*Link Corporation has complied with the Order dated November 30, 2020 [Doc. 275] directing Defendant to "pay Plaintiffs for all attorney's fees and costs incurred in discovery, class certification briefing, and litigation of sanctions issues." Defendant having fully satisfied its obligation to pay Plaintiffs the attorneys' fees and costs awarded thereunder, Plaintiffs will not be filing any Motion for Attorneys' Fees pursuant to such Order or otherwise seek any additional fees or costs pursuant to such Order. Plaintiffs reserve all other rights and claims.

[signature on the following page]

This 25th day of January, 2021.

/s/ Michael A. Caplan
Michael A. Caplan
James W. Cobb
T. Brandon Waddell
Sarah Brewerton-Palmer
Ashley C. Brown
**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
(404) 596-5600 – Office
(404) 596-5604 – Facsimile
mcaplan@caplancobb.com
jcobb@caplancobb.com
bwaddell@caplancobb.com
spalmer@caplancobb.com
abrown@caplancobb.com

James Radford
Georgia Bar No. 108007
**RADFORD & KEEBAUGH, LLC**
315 W. Ponce de Leon Ave.
Suite 1080
Decatur, Georgia 30030
(678) 271-0300
james@decaturlegal.com

*Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused a true and correct copy of the foregoing document to be filed with the clerk's office by this Court's CM/ECF system which will serve a true and correct copy of the same upon all counsel of record.

This 25th day of January, 2021.

<u>/s/ Michael A. Caplan</u>
Michael A. Caplan
Georgia Bar No. 601039

**CAPLAN COBB LLP**
75 Fourteenth Street, NE, Suite 2750
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
mcaplan@caplancobb.com

*Class Counsel*