# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 24, 2021

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 20-90030-E
Case Style: Global Tel Link Corporation v. Benson Githieya, et al
District Court Docket No: 1:15-cv-00986-AT

The enclosed order has been entered. No further action will be taken in this matter.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-90030-E

_____

GLOBAL TEL LINK CORPORATION,

                                      Petitioner,

versus

BENSON GITHIEYA,
NELLIE LOCKETT,
DARLENE BYERS,

                                      Respondents.

_____

Petition for Permission to Appeal from the
United States District Court for the Northern District of Georgia

_____

Before: NEWSOM, GRANT, and LAGOA, Circuit Judges.

BY THE COURT:

The Petition for Permission to Appeal pursuant to Fed.R.Civ.P. 23(f) is DENIED.