# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| BENSON GITHIEYA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL TEL LINK CORP., <br><br> Defendant. | CIVIL ACTION NO: <br> 1:15-CV-00986-AT |

**PROPOSED ORDER GRANTING PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS**

Plaintiffs have filed a motion for leave to file a Motion for Preliminary Approval of Class-Action Settlement that exceeds the page limitations set forth in Rule 7.1(D) of the Local Rules of the United States District Court for the Northern District of Georgia. Defendant has consented to this request.

Upon review of Plaintiffs' motion and for good cause shown, the Court **GRANTS** the motion and **ORDERS** that Plaintiffs are permitted to file a Motion for Preliminary Approval of Class Action Settlement that shall not exceed 40 pages in length.

- 2 -

**IT IS SO ORDERED** this 30th day of November , 2021.

_____
AMY TOTENBERG
UNITED STATES DISTRICT JUDGE